# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KEVIN BURGER

    Plaintiff,

v.

DETROIT TRANSPORTATION
CORP., et al.,

    Defendants.

Case No: 20-cv-10135
Hon: Matthew F. Leitman

_____/

## ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT DERICK BELL, ONLY

Plaintiff, by and through his attorney, AMY J. DEROUIN, requests that this Court voluntarily dismiss Defendant DERICK BELL, only without prejudice, without costs, and without fees;

**IT IS HEREBY ORDERED** Defendant DERICK BELL, only, is dismissed without prejudice, without costs, and without fees.

**IT IS SO ORDERED.**

**THE ENTRY OF THIS ORDER DOES NOT RESOLVE THE LAST PENDING CLAIM BETWEEN THE PARTIES AND DOES NOT CLOSE THE CASE.**

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: January 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 23, 2020, by electronic means and/or ordinary mail.

                                                            s/Holly A. Monda
                                                            Case Manager
                                                            (810) 341-9764