UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN BURGER,

    Plaintiff,

v.

DETROIT TRANSPORTATION CORP. *et al.*,

    Defendants.
_____/

Case No. 20-cv-10135
Hon. Matthew F. Leitman

### ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF No. 27)

On March 7, 2022, the Court held a hearing on Defendants' motion for summary judgment. (*See* Mot., ECF No. 27.) For the reasons explained on the record during the motion hearing, the motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: March 7, 2022

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

1